UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WARREN SMITH,**
                Petitioner

v.                                      CA 04-30205-MAP

**FREDERICK MACDONALD,**
                Respondent

<u>ORDER</u>

October 18, 2004

PONSOR, D.J.

    Before the Court is a petition filed pursuant to 28 U.S.C. 2241. It is hereby ordered that the Clerk serve a copy of said petition on the United States Attorney and Frank Crowley, United States Immigration and Naturalization Service, Special Assistant U.S. Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114.

    It is further ordered that the respondent file an answer or other responsive pleading within sixty(60) days of receipt of this Order. The court also orders that the respondent provide the court with notice of any scheduled deportation or removal of the petitioner.

    It is so ordered.

                                      /S/ Michael A. Ponsor
                                      U.S. District Judge