Warren Smith
Franklin County H/C
160 Elm Street
Greenfield, MA 01301
October 27, 2004

Dear Clerk,

Please find enclosed, a copy of my account activity ledger sheet dated: 04/01/2004 to 10/22/2004. The following deposits were made by friends who help assist me with money so I can buy personal hygienes such as cosmetics, stamps and legal material that I need in preparing legal documents.

I have no immediate family members in the United States to assist me in any way. Nicola Meredith is a friend who sends me fifty dollars weekly in order for me to purchase calling cards and other necessities for me to call her and family members in Jamaica to keep them informed of my in goings with my case. Thank you kindly.

Respectfully,

Warren Smith

**Account Activity Ledger**
From: 04/01/2004 To: 10/22/2004

Date : 10/22/2004
Time : 10:35

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 103082 | Name SMITH, WARREN | | | Block HC/WT | | | Previous Balance | 73.98 |
| Sales Transaction | 04/01/2004 | 08:00 | I#66670 | I | 49.20 | | | 24.78 |
| | 04/02/2004 | 05:53 | B#33506 | D | | 50.00 | | 74.78 |
| Sales Transaction | 04/02/2004 | 10:46 | I#66741 | I | 3.00 | | | 71.78 |
| 4/4/04 newspaper | 04/06/2004 | 13:20 | B#33522 | W | | | -3.49 | 68.29 |
| Sales Transaction | 04/07/2004 | 09:07 | I#66838 | I | 68.23 | | | 0.06 |
| MARSH 341 PARKVIEW S | 04/08/2004 | 05:55 | B#33531 | D | | 50.00 | | 50.06 |
| pealine ferron 71 ar | 04/09/2004 | 09:32 | B#33535 | D | | 50.00 | | 100.06 |
| Sales Transaction | 04/15/2004 | 07:09 | I#66958 | I | 99.75 | | | 0.31 |
| 12219 SW 10 St pem P | 04/21/2004 | 08:27 | B#33571 | D | | 50.00 | | 50.31 |
| Sales Transaction | 04/22/2004 | 09:28 | I#67128 | I | 48.40 | | | 1.91 |
| YASMN MARSH 341 P ST | 04/28/2004 | 05:40 | B#33589 | D | | 60.00 | | 61.91 |
| Sales Transaction | 04/28/2004 | 07:40 | I#67262 | I | 59.36 | | | 2.55 |
| newpaper 5/2/04 | 05/03/2004 | 10:34 | B#33600 | W | | | -0.50 | 2.05 |
| TERY | 05/05/2004 | 05:38 | B#33612 | D | | 20.00 | | 22.05 |
| Sales Transaction | 05/06/2004 | 09:25 | I#67414 | I | 21.46 | | | 0.59 |
| WINDSOR,CT | 05/12/2004 | 05:45 | B#33633 | D | | 50.00 | | 50.59 |
| Sales Transaction | 05/13/2004 | 07:01 | I#67542 | I | 49.38 | | | 1.21 |
| MARSH 341 PAOLESYIEN | 05/19/2004 | 05:50 | B#33659 | D | | 20.00 | | 21.21 |
| Sales Transaction | 05/19/2004 | 09:23 | I#67718 | I | 20.65 | | | 0.55 |
| PEARLINE 71 ARDEN ST | 05/24/2004 | 05:52 | B#33673 | D | | 50.00 | | 50.55 |
| 406 CONESOLGA ST WIN | 05/24/2004 | 05:55 | B#33673 | D | | 50.00 | | 100.55 |
| Sales Transaction | 05/27/2004 | 07:35 | I#67881 | I | 83.77 | | | 16.79 |
| Sales Transaction | 05/28/2004 | 10:26 | I#67961 | I | 3.00 | | | 13.79 |
| 406 CONESTOGA ST 060 | 06/03/2004 | 05:35 | B#33716 | D | | 50.00 | | 63.79 |
| Sales Transaction | 06/03/2004 | 10:03 | I#68064 | I | 57.25 | | | 6.54 |
| | 06/07/2004 | 06:15 | B#33727 | D | | 50.00 | | 56.54 |
| Sales Transaction | 06/09/2004 | 07:18 | I#68179 | I | 51.08 | | | 5.46 |
| Sales Transaction | 06/11/2004 | 10:16 | I#68258 | I | 3.00 | | | 2.46 |
| yasmin marsh 341  sp | 06/16/2004 | 05:38 | B#33771 | D | | 40.00 | | 42.46 |
| | 06/16/2004 | 05:47 | B#33771 | D | | 50.00 | | 92.46 |
| Sales Transaction | 06/16/2004 | 08:53 | I#68334 | I | 90.42 | | | 2.04 |
| NICOLA MEREDITH 406 | 06/23/2004 | 05:33 | B#33799 | D | | 35.00 | | 37.04 |
| Sales Transaction | 06/24/2004 | 06:53 | I#68469 | I | 33.04 | | | 4.00 |
| FERREN 71 ARDEN ST S | 06/28/2004 | 06:18 | B#33813 | D | | 50.00 | | 54.00 |
| Sales Transaction | 06/29/2004 | 10:49 | I#68622 | I | 49.53 | | | 4.47 |
| 406 CONESTOGA ST WIN | 07/06/2004 | 05:51 | B#33836 | D | | 50.00 | | 54.47 |
| Sales Transaction | 07/07/2004 | 08:08 | I#68714 | I | 54.13 | | | 0.34 |
| YASMIN MARSH 341 VIE | 07/19/2004 | 06:18 | B#33890 | D | | 25.00 | | 25.34 |
| 7/18/04 newspaper | 07/19/2004 | 08:52 | B#33894 | W | | | -0.50 | 24.84 |
| 456 CONESTOGA ST | 07/20/2004 | 05:47 | B#33899 | D | | 70.00 | | 94.84 |
| Sales Transaction | 07/20/2004 | 11:26 | I#69012 | I | 93.86 | | | 0.98 |
| 406 COHESTONA ST WIN | 08/04/2004 | 05:19 | B#33969 | D | | 50.00 | | 50.98 |
| Sales Transaction | 08/04/2004 | 09:55 | I#69324 | I | 46.43 | | | 4.55 |
| YASMN MARSH 341  ;MA | 08/05/2004 | 05:22 | B#33973 | D | | 100.00 | | 104.55 |

**Account Activity Ledger**
From: 04/01/2004 To: 10/22/2004

Date : 10/22/2004
Time : 10:35

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 103082 | Name SMITH, WARREN | | | Block HC/WT | | Previous Balance | | 104.55 |
| PEARLINE FERRON 71 A | 08/10/2004 | 05:08 | B#33988 | D | | 50.00 | | 154.55 |
| Sales Transaction | 08/10/2004 | 09:08 | I#69477 | I | 149.54 | | | 5.01 |
| 406 CONESTOGA ST WIN | 08/18/2004 | 05:17 | B#34023 | D | | 50.00 | | 55.01 |
| Sales Transaction | 08/18/2004 | 08:05 | I#69601 | I | 46.40 | | | 8.61 |
| 406 | 08/26/2004 | 05:28 | B#34055 | D | | 50.00 | | 58.61 |
| Sales Transaction | 08/26/2004 | 07:47 | I#69796 | I | 55.93 | | | 2.68 |
| 8/29/04 newspaper | 08/30/2004 | 09:19 | B#34077 | W | | | -0.50 | 2.18 |
| YASOMIN MARSH | 09/01/2004 | 05:28 | B#34086 | D | | 25.00 | | 27.18 |
| 06095 | 09/08/2004 | 05:14 | B#34106 | D | | 100.00 | | 127.18 |
| Sales Transaction | 09/08/2004 | 13:32 | I#70016 | I | 104.76 | | | 22.42 |
| 9/12/04 newspaper | 09/14/2004 | 08:45 | B#34133 | W | | | -0.50 | 21.92 |
| took out twice for 8 | 09/14/2004 | 08:48 | B#34134 | D | | 0.50 | | 22.42 |
| WINDSOR, CT 06095 | 09/15/2004 | 05:02 | B#34140 | D | | 40.00 | | 62.42 |
| Sales Transaction | 09/15/2004 | 09:07 | I#70121 | I | 58.25 | | | 4.17 |
| YASMIN MARSH 341 P S | 09/16/2004 | 05:24 | B#34144 | D | | 50.00 | | 54.17 |
| FERRON 71 ARDEN ST S | 09/20/2004 | 05:27 | B#34153 | D | | 50.00 | | 104.17 |
| WINDSOR CT 06095 | 09/21/2004 | 05:17 | B#34159 | D | | 50.00 | | 154.17 |
| Sales Transaction | 09/21/2004 | 09:25 | I#70254 | I | 147.76 | | | 6.41 |
| DOROTHY COMITO LINDA | 09/28/2004 | 05:18 | B#34185 | D | | 50.00 | | 56.41 |
| Sales Transaction | 09/29/2004 | 08:58 | I#70416 | I | 53.60 | | | 2.81 |
| Sales Transaction | 10/06/2004 | 11:16 | I#70550 | I | 1.47 | | | 1.34 |
| Sales Transaction | 10/07/2004 | 14:21 | I#70586 | I | 0.53 | | | 0.81 |
| NICLOE WINDSOR 06095 | 10/12/2004 | 05:46 | B#34230 | D | | 50.00 | | 50.81 |
| Sales Transaction | 10/12/2004 | 12:55 | I#70637 | I | 48.67 | | | 2.14 |
| 71 ARDEN ST SPRINGFI | 10/14/2004 | 05:04 | B#34239 | D | | 50.00 | | 52.14 |
| ???? | 10/19/2004 | 08:45 | B#34259 | D | | 50.00 | | 102.14 |
| Sales Transaction | 10/20/2004 | 08:48 | I#70800 | I | 41.14 | | | 61.00 |
| Sales Transaction | 10/20/2004 | 08:50 | I#70801 | I | 42.00 | | | 19.00 |
| Sales Transaction | 10/22/2004 | 08:34 | I#70864 | I | 17.83 | | | 1.17 |

| | | | |
|---|---|---|---|
| **Deposits** | 35 | For $ | 1,685.50 |
| **Withdraws** | 5 | For $ | -5.49 |
| **Invoices** | 33 | For $ | 1,752.82 |