UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WARREN SMITH,                          )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )  CA 04-30205-MAP
                                       )
FREDERICK MACDONALD,                   )
                                       )
            Respondent.                )

RESPONDENT'S MOTION TO EXTEND TIME

        The respondents, the Department of Homeland Security,

Immigration and Customs Enforcement, by its attorney, Michael J.

Sullivan, United States Attorney for the District of

Massachusetts, move to extend by thirty days the deadline for

responding to the petition to enable the respondent to more fully

investigate the circumstances surrounding the petition and to

prepare an appropriate response.

     In accordance with Local Rule 7.1, the undersigned Assistant

U.S. Attorney certifies that she conferred with the plaintiff's

lawyer and he assents to this motion.

WHEREFORE, the defendant respectfully requests that the deadline for filing its response be extended to January 18, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422

DATED:  December 13, 2004          (413) 785-0269


## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Andrew Gilbert
3 Brimfield Road
Monson, MA 01057

This 13th Day of December, 2004.

_____

KAREN L. GOODWIN
ASSISTANT UNITED STATES ATTORNEY

2