UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN SMITH, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA 04-30205-MAP |
| | ) |
| FREDERICK MACDONALD, | ) |
| Respondent. | ) |

### REPSONDENTS' REQUEST FOR ADDITIONAL EXTENSION OF TIME
(Assented To)

The respondent, the Department of Homeland Security, Immigration and Customs Enforcement, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by an additional thirty days the deadline for responding to the petition to enable the respondent to complete its investigation of the circumstances surrounding the petition and to prepare an appropriate response.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that he conferred with the plaintiff's attorney, and he assents to this motion.

WHEREFORE, the defendant respectfully requests that the deadline for filing its response be extended to February 17, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: Thomas J. O'Connor, Jr.
Assistant U.S. Attorney

DATED: January 18, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Andrew Gilbert
    3 Brimfield Road
    Monson, MA 01057

This 18th Day of January, 2005.

                      Thomas J. O'Connor, Jr.
                      ASSISTANT U.S. ATTORNEY