AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST   DISTRICT OF   MASSACHUSETTS

**WARREN SMITH**

v.

FREDERICK MACDONALD

APPEARANCE

Case Number:   04-cv-30205-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Frederick MacDonald

I certify that I am admitted to practice in this court.

12/14/04
Date

_____
Signature

Thomas J. O'Connor, Jr.   640433
Print Name   Bar Number

1550 Main Street, Room 310
Address

Springfield   MA   01103
City   State   Zip Code

413-785-0237   413-785-0394
Phone Number   Fax Number

AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__  DISTRICT OF  __MASSACHUSETTS__

**WARREN SMITH**

v.  APPEARANCE

FREDERICK MACDONALD

Case Number: 04-cv-30205-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Frederick MacDonald

I certify that I am admitted to practice in this court.

_12/14/04_
Date

_[signature]_
Signature

_Thomas J. O'Connor, Jr._    _640433_
Print Name    Bar Number

_1550 Main Street, Room 310_
Address

_Springfield_    _MA_    _01103_
City    State    Zip Code

_413-785-0237_    _413-785-0394_
Phone Number    Fax Number