

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
Federal Building & Courthouse
1550 Main Street, Springfield, MA 01103

**TO:** United States Court of Appeals
Eleventh Circuit

Attn: Thomas K. Kahn, Clerk of Court

56 Forsyth Street

N.W., Atlanta, GA 30303

**RE:** Warren Smith, v. Frederick MacDonald.

CIVIL ACTION #.   3: 04-CV-30205-MAP

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on August 10, 2005 by the Honorable Michael A.. Ponsor.

The following documents are included in our file and transmitted herewith:

(x)   Certified copy of the docket entries;

(x)   Certified copy of the transferral order;

(x)   Original documents numbered   1 through 14

( )

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   August 10, 2005

By:  /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter2.wpd - 12/98)